EXHIBIT 1

DONGWON INVOICES TO HONG CHANG
THAT WERE PAID

# COMMERCIAL INVOICE

| * Shipper/Exporter | * No. & Date of Invoice |
|---|---|
| DONGWON MULSAN CO.,LTD | DW11-101 OCT 14, 2011 |
| NO.539-5 BEOBSONG-RI, DOSAN-MYUN | * No. & Date of L/C |
| KYUNGSANGNAM-DO, SOUTH KOREA | L/C NO:11ILC16818 |
| TEL;82-55-643-4567   FAX;82-55-643-4566 | DATE OF ISSUE:SEP 16, 2011 |
| * Consignee | * Remarks: |
| TO ORDER OF EAST WEST BANK | COUNTRY OF ORIGIN : SOUTH KOREA |
| 135 N LOS ROBLES, SUITE 200, | |
| PASADENA CA 91101 | FDA REGISTRATION DETAILS |
| * Notify Party (TO APPLICANT) | |
| HONG CHANG CORPORATION | SHIPPER/PACKER NAME : DONGWON MULSAN CO.,LTD |
| 10155 PAINTER AVE | FDA NO. : 12751224740 |
| SANTA FE SPRINGS, CA 90670 | I.C. SHELLFISH NO. KR-12-SP |

| * Port of Lading | * Final destination | |
|---|---|---|
| BUSAN,KOREA | LONG BEACH,CA,USA | |
| * Carrier | * Sailing on or about | UCP LATEST VERSION |
| HANJIN PHILADELPHIA 0102E | OCT 23, 2011 | |

| * Marks and Numbers of pkgs | *Description of goods | * Q'ty | * U/PRICE | * AMOUNT |
|---|---|---|---|---|
| | OYSTER MEAT, 1,750CTNS. AT USD3.30/LB | | | |
| | TINY SIZE 40X8OZ. I.Q.F. | 1,150CTNS | USD3.30/LB | USD75,900.00 |
| | L SIZE 6X4LB. I.Q.F. | 600CTNS | USD3.30/LB | USD47,520.00 |
| TOTAL | FOB BUSAN, SOUTH KOREA | 1,750CTNS | | USD123,420.00 |

## DONGWON MULSAN CO.,LTD



# COMMERCIAL INVOICE

| | |
|---|---|
| * Shipper/Exporter<br>DONGWON MULSAN CO.,LTD<br>NO.539-5 BEOBSONG-RI, DOSAN-MYUN<br>KYUNGSANGNAM-DO, SOUTH KOREA<br>TEL;82-55-643-4567  FAX;82-55-643-4566 | * No. & Date of Invoice<br>DW11-102 NOV 14, 2011<br><br>* Payment<br>T/T |
| * Consignee<br>HONG CHANG CORPORATION<br>10155 PAINTER AVE<br>SANTA FE SPRINGS, CA 90670 | * Remarks:<br>COUNTRY OF ORIGIN : SOUTH KOREA<br><br>FDA REGISTRATION DETAILS |
| * Notify Party (TO APPLICANT)<br>HONG CHANG CORPORATION<br>10155 PAINTER AVE<br>SANTA FE SPRINGS, CA 90670 | SHIPPER/PACKER NAME : DONGWON MULSAN CO.,LTD<br>FDA NO. : 12751224740<br>I.C. SHELLFISH NO. KR-12-SP |

| * Port of Lading | * Final destination | |
|---|---|---|
| BUSAN,KOREA | LONG BEACH,CA,USA | |
| * Carrier | * Sailing on or about | UCP LATEST VERSION |
| HANJIN MONTEVIDEO 0016E | NOV 21, 2011 | |

| * Marks and Numbers of pkgs | *Description of goods | * Q'ty | * U/PRICE | * AMOUNT |
|---|---|---|---|---|
| | FROZEN OYSTER MEAT I.Q.F. | | | |
| | TINY SIZE 8X3LBS I.Q.F. | 600CTNS | USD3.36/LB | USD48,384.00 |
| | ML SIZE 6X4LBS I.Q.F. | 1,200CTNS | USD3.36/LB | USD96,768.00 |
| TOTAL | CFR LONG BEACH, CA, USA | 1,800CTNS | | USD145,152.00 |

**DONGWON MULSAN CO.,LTD**

# COMMERCIAL INVOICE

| * Shipper/Exporter | * No. & Date of Invoice |
|---|---|
| MARISOL INC, <br> RM402, SEONAM BLDG. #8, JUNGANG-DAERO <br> 332GIL, DONG-GU, BUSAN, 601-836, KOREA <br> TEL;82-51-442-0467  FAX;82-51-442-0469 | MS12/301  FEB 22, 2012 <br><br> * NO. & Date of Proforma Invoice <br> S12/102  FEB 08, 2012 |
| * Consignee | * Payment |
| HONG CHANG CORPORATION <br> 10155 PAINTER AVE SANTA FE SPRINGS, CA 90670 <br> TEL;562-309-0068  FAX;562-309-0065 | BY D/P AT SIGHT <br> EAST WEST BANK (SWIFT CODE : EWBKUS66XXX) <br> 135 N. LOS ROBLES AVE., SUITE 600, PASADENA, CA91101 <br> TEL; 322070391 |
| * Notify Party | * Remarks: |
| HONG CHANG CORPORATION <br> 10155 PAINTER AVE SANTA FE SPRINGS, CA 90670 <br> TEL;562-309-0068  FAX;562-309-0065 | COUNTRY OF ORIGIN : SOUTH KOREA <br><br> FDA REGISTRATION DETAILS <br> SHIPPER NAME : MARISOL INC. |

ORIGINAL

| * Port of Lading | * Final destination | FDA NO. : 10315362536 |
|---|---|---|
| BUSAN, SOUTH KOREA | LONG BEACH, CA, USA | PACKER NAME : DONGWONMULSAN CO., LTD |
| * Carrier | * Sailing on or about | FDA NO. : 12751224740 |
| HANJIN GDYNIA 0027E | FEB 26, 2012 | I.C. SHELLFISH NO. KR-12-SP    # 25545 |

| * Marks and Numbers of pkgs | * Description of goods | * Q'ty | * U/PRICE | * AMOUNT |
|---|---|---|---|---|
|  | 0307.11.0060 - Fred/Kg <br> FROZEN PACIFIC OYSTER MEAT, I.Q.F. L SIZE <br> 1LBX20 I.Q.F. PACK/MCTN <br> (WEICHUN:1,200CTNS, HCC:800CTNS) | 2,000CTNS | USD3.25/LB | USD130,000.00 |
| TOTAL | CFR LONG BEACH, CA, USA |  | Inv.Val | USD130,000.00 |

Less N.D.C. U$ 2500.—

MariSol Inc.

N.E.V. U$ 127,500.—

MariSol Inc.

SANG-MIN, LEE
PRESIDENT

N/R.
C/O: KR.
CHG. U$
CST:

INV. # 1 of 1